UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKWELL FINANCIAL GROUP, *et al.*,<br><br>                                    Petitioners,<br><br>                   -v-<br><br>MARK BIRD,<br><br>                                    Respondent. | 23-CV-5704 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Petitioners filed a petition to vacate an arbitration award on July 3, 2023.  (ECF No. 1.)

Respondent Mark Bird submitted a waiver of service on October 2, 2023 and agreed to serve an

answer or motion under Rule 12 within sixty days of that date.  (ECF No. 3.)  The Court then

granted two letter motions requesting extensions of time to file an answer to the petition, and it

directed Respondent to move, answer, or otherwise respond to the petition on or before

December 29, 2023.  (ECF Nos. 5, 7.)  No response to the petition to vacate arbitration has been

filed in the allotted time, nor has Petitioner moved for a default judgment.

Petitioner is directed to notify the Court whether it intends to move for default judgment,

or if it has received any communication from Respondent or Respondent's counsel regarding a

response to the petition.

If Petitioner fails by February 6, 2024 to either (1) file a letter concerning the status of the

case, or (2) move for default judgment against Respondent, the action may be dismissed for

failure to prosecute.

Petitioner is directed to serve a copy of this order by mail on Respondent.

1

SO ORDERED.

Dated: January 16, 2024
      New York, New York

                                       _____
                                             J. PAUL OETKEN
                                     United States District Judge